## Commonwealth v. Mackey, Appellant.

Before MIRARCHI, JR., J., without a jury.

Submitted September 8, 1975. *Stephen H. Serota,* for appellant; *Daniel P. McElhatton, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Marino, Appellant.

Before DOTY, J.

Argued December 10, 1975. *Lewis Kates,* with him *Joseph R. Livesey,* and *Kates, Livesey & Edelstein,* for appellant; *Bonnie Brigance Leadbetter,* Assistant District Attorney, with her *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., absent.

## Commonwealth v. Marino, Appellant.

Before TREDINNICK, J.